## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 04-32204 -ABG | Trustee Name: JOSEPH E. COHEN |
| Case Name: GREENBERG, SUZANNE | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******9065  BofA - Money Market Account |
| Taxpayer ID No: *******2791 | |
| For Period Ending: 04/26/07 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/05 | 1 | CHICAGO TITLE & TRUST COMPANY | Proceeds from sale of real estate | | 48,692.77 | | 48,692.77 |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:        225,000.00 | 1110-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | | Memo Amount:    (  176,307.23 ) | 4110-000 | | | |
| | | | Disbursements at closing | | | | |
| 03/16/05 | 000301 | ROMAN SNAZYK | Transmitter Refund | 2500-000 | | 75.00 | 48,617.77 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.98 | | 48,622.75 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.99 | | 48,632.74 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 10.33 | | 48,643.07 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 10.00 | | 48,653.07 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 10.32 | | 48,663.39 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 24.80 | | 48,688.19 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 24.01 | | 48,712.20 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 24.82 | | 48,737.02 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 24.03 | | 48,761.05 |
| 12/15/05 | 000302 | SHAW & FOLEY LLC | Attorney fees per court order | 3701-000 | | 1,000.00 | 47,761.05 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 24.70 | | 47,785.75 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 24.36 | | 47,810.11 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.06 | | 47,844.17 |
| 03/14/06 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 36.49 | 47,807.68 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.62 | | 47,848.30 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 39.33 | | 47,887.63 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.67 | | 47,928.30 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 39.39 | | 47,967.69 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.74 | | 48,008.43 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.77 | | 48,049.20 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 39.49 | | 48,088.69 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.85 | | 48,129.54 |

Page Subtotals        49,241.03        1,111.49

LFORM24                                                                                Ver: 12.01a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-32204 -ABG  
Case Name: GREENBERG, SUZANNE  
Taxpayer ID No: *******2791  
For Period Ending: 04/26/07  

Trustee Name: JOSEPH E. COHEN  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******9065  BofA - Money Market Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/22/06 | 000304 | SUZANNE GREENBERG | Surplus Distribution | 8200-002 | | 10,000.00 | 38,129.54 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 38.74 | | 38,168.28 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 32.42 | | 38,200.70 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 32.45 | | 38,233.15 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 29.33 | | 38,262.48 |
| 03/01/07 | 000305 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 30.81 | 38,231.67 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 32.49 | | 38,264.16 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 225,000.00 | COLUMN TOTALS | 49,406.46 | 11,142.30 | 38,264.16 |
| Memo Allocation Disbursements: | 176,307.23 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 49,406.46 | 11,142.30 | |
| Memo Allocation Net: | 48,692.77 | Less:  Payments to Debtors | | 10,000.00 | |
| | | Net | 49,406.46 | 1,142.30 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 225,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 176,307.23 | BofA - Money Market Account - ********9065 | 49,406.46 | 1,142.30 | 38,264.16 |
| Total Memo Allocation Net: | 48,692.77 | | 49,406.46 | 1,142.30 | 38,264.16 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals              165.43              10,030.81

Ver: 12.01a

LFORM24