UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GREENBERG, SUZANNE, | ) | CASE NO. 04 B 32204 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR. |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:    Joseph E. Cohen, Esq.
        Cohen & Krol
        105 West Madison Street
        Suite 1100
        Chicago, IL 60602
        Registrant's e-mail: JCohenAttorney@aol.com**

   **Please Take Notice** that on **May 17, 2007**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

   The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

                                WILLIAM T. NEARY
                                UNITED STATES TRUSTEE

DATED: May 17, 2007        BY: /s/ Dean C. Harvalis
                                Dean C. Harvalis, Assistant U.S. Trustee
                                Attorney Id. # 03126564
                                OFFICE OF THE U.S. TRUSTEE
                                227 WEST MONROE, SUITE 3350
                                CHICAGO, ILLINOIS 60606
                                (312) 886-5783

**CERTIFICATE OF SERVICE**

   I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on May 17, 2007.

                                /s/ Dean C. Harvalis