UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                       )     Chapter 7
                                            )
**GREENBERG, SUZANNE**                      )     Case No. 04-32204
                                            )
                        Debtor(s).          )     Hon. **A. BENJAMIN GOLDBAR**

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
2. 
   At:   Lake County Courthouse, 18 N. County Street, Courtroom C-206 Court Annex, Waukegan, IL 60085

   On: **June 29, 2007**           Time: **1:30 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                              $225,713.69

   Disbursements                                         $187,449.53

   Net Cash Available for Distribution                    $38,264.16

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN<br>*Trustee Compensation* | $0.00 | $13,447.12 | $71.36 |

| | | | |
|---|---|---|---|
| COHEN & KROL  *Attorney for Trustee* | $0.00 | $3,841.50 | $0.00 |
| JOSEPH PECK, CPA  *Accountant for Trustee* | $0.00 | $1,125.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7. Claims of general unsecured creditors totaling $18,540.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus 2.03% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Greenberg, Suzanne | $14,271.28 | $14,454.96 |
| 000003 | Consumers Cooperative Credit Union | $4,269.27 | $4,324.22 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **May 31, 2007**  For the Court,

By: **KENNETH S GARDNER**
CLERK OF BANKRUPTCY COURT

Trustee: Joseph E. Cohen
Cohen & Krol
Address: 105 West Madison Street
Suite 1100
Chicago, IL 60602
Phone No.: (312) 368-0300

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

2204   Doc 71   Filed 05/31/07   Entered 06/02/07 23:37:08   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1         Date Rcvd: May 31, 2007
Case: 04-32204                Form ID: pdf002          Total Served: 16

The following entities were served by first class mail on Jun 02, 2007.
db          +Suzanne Greenberg,    2720 Summit Avenue,    Highland, IL 60035-1326
aty         +Cohen & Krol,    105 W. Madison Street,    Suite 105,    Chicago, IL 60602-4602
aty         +David P Leibowitz,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty         +Faiq Mihlar,    Heavner Scott Beyers & Mihlar,    Attorneys at Law,    111 East Main Street Ste #200,
              PO Box 740,    Decatur, IL 62525-0740
aty         +Kerry S Trunkett,    Walinski & Trunkett, P.C.,    25 East Washington Street,
              Chicago, IL 60602-1758
tr          +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
8440256     +Capital One,    PO Box 60000,    Seattle, WA 98190-6000
8440257      Consumers Cooperative Credit Union,    PO Box 503,    Mundelein, IL,    60060-0503
9199877     +Consumers Cooperative Credit Union,    c/o Walinski & Trunkett,P.C.,
              25 East Washington Street, ste 1221,    Chicago,IL 60602-1875
8895826      Foley, Gary N,    Shaw & Foley LLC,    33 N County St Ste 302,    Waukegan IL 60085-4322
8440258     +Labe Bank,    4343 N. Elston Avenue,    Chicago, IL 60641-2145
8440259     +National City,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
8440260     +Retailers National Bank,    P.O.Box 59317,    Minneapolis, Minnesota  55459-0317
8440261     +Stahl Cowen Crowley, LLC,    55 West Monroe Street, Suite 500,    Chicago, IL 60603-5151
8440255     +Suzanne Greenberg,    2720 Summit Avenue,    Highland Park, IL 60035-1326
8857208     +Thomas M Paris,    55 W Monroe St., Ste 3950,    Chicago, IL 60603-5056

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          Joseph Peck
r            Linda Antokal,    Coldwell Banker
                                                                                                 TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2007**          **Signature:** *Joseph Speetjens*